JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JOHNSON, | ED CV 20-603 PA (SHKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| NEW YORK LIFE INSURANCE COMPANY, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

Pursuant to the Court's December 9, 2020 Minute Order granting the Motion for Default Judgment filed by defendant and counterclaimant New York Life Insurance Company ("New York Life") against plaintiff and counterdefendant Patricia Johnson ("Johnson"), and the Court's December 30, 2020 Minute Order, which concluded that Johnson had abandoned her claims and, additionally, that her default on New York Life Insurance's Counterclaim barred the claims asserted in her Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered against Johnson on both her Complaint and New York Life's Counterclaim.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that New York Life shall have Judgment as follows:

1. New York Life is entitled to rescission of Certificate No. V32661401 (the "Certificate") issued to Marinello P. Sylve.

2. The Certificate was void ab initio and not in force or effect on the date of Marinello P. Sylve's death on July 9, 2019.

3. By reason of the rescission, Johnson has no rights under the Certificate.

DATED: December 30, 2020

                                               Percy Anderson
                              UNITED STATES DISTRICT JUDGE